IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

FILED
06 MAR 31 PM 4:22

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IL
EAST ST LOUIS OFFICE

| | |
|---|---|
| ROBERT E. HARRELL, SR., | ) |
| Plaintiff, | ) |
| vs. | ) Cause No. 06-275-WDS |
| ILLINOIS CENTRAL RAILROAD COMPANY, d/b/a CN/IC a corporation, | ) |
| Defendants. | ) JURY TRIAL DEMANDED |

### COMPLAINT
### Federal Employers' Liability Act

COMES NOW the Plaintiff, ROBERT E. HARRELL, SR., by and through his attorneys, KUJAWSKI & NOWAK, P.C., and for his Complaint against the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, d/b/a CN/IC states as follows:

1. That the jurisdiction of this Court is based upon an Act of Congress of the United States, being the Federal Employer's Liability Act, 45 U.S.C.A., Sections 51-60, as hereinafter more fully shown.

2. That all times mentioned herein, the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, d/b/a CN/IC was an Illinois corporation and was controlled, operated and maintained in interstate commerce, and in transporting interstate commerce between various states including the States of Illinois and Tennessee.

3. That on or about April 3, 2003, and at all times mentioned herein, the Plaintiff, ROBERT E. HARRELL, SR., was an employee of Defendant,

ILLINOIS CENTRAL RAILROAD COMPANY, d/b/a CN/IC a corporation, and had been for several years prior thereto.

4. That Plaintiff Robert Harrell is seeking medical treatment in St. Clair County, Illinois.

5. That all times relevant herein, ROBERT E. HARRELL, SR., was a citizen and resident of the State of Arkansas.

6. That at all times mentioned herein, all or part of the duties of the Plaintiff as such an employee furthered interstate commerce conducted by the Defendant railroad or in some way directly or substantially affected said commerce.

7. That on or about the above-said date, Plaintiff was employed by the Defendant as an engineer and while in the performance of his duty as an engineer, was operating a train in Memphis, Tennessee.

**PLAINTIFF DEMANDS TRIAL BY JURY**

**FIRST CAUSE OF ACTION**
**FELA-NEGLIGENCE**

8. That at said time and place, the Defendant, by and through its agents, servants, and employees, negligently and carelessly committed one or more of the following negligent acts or omissions to wit:

(a) Failed to furnish Plaintiff with a reasonably safe place in which to work;

(b) Failed to provide Plaintiff with a safe method of work;

(c) Failed to maintain the hand brakes of its locomotives;

(d) Failed to inspect the hand brakes of its locomotives;

2

(e)  Failed to warn Plaintiff of an approaching train in time to avoid collision;

(f)  Ordered Plaintiff to operate a locomotive engine without warning of an on-coming approaching locomotive;

(g)  Allowed unsafe practices to become the common practice.

9.  That as a direct and proximate result in whole or in part, of one or more the above and foregoing acts or omissions on the part of the Defendant, the Plaintiff was injured in Memphis, Tennessee while operating a locomotive, causing the Plaintiff to sustain severe and permanent injuries to wit: injuries to the muscles, tendons, ligaments, nerves, soft tissues and bones, joints, appendages, shoulders of the body, that he has sustained pain and suffering in the past and is reasonably certain to experience pain and suffering in the future as a result of said injuries; that he has incurred permanent disfigurement and disability resulting from said injuries; that he has lost and will continue to lose large sums of money from his usual gainful occupation; that he has sustained a permanent impairment of his earning capacity; that he has become obligated in the past for medical expenses resulting from his injuries and will be obligated in the future to expend large sums of money for necessary medical care, treatment, and services; that he has sustained an aggravation of a pre-existing condition; all to the Plaintiff's damage.

WHEREFORE, the Plaintiff, ROBERT E. HARRELL, SR., prays judgment against the Defendant, ILLINOIS CENTRAIL RAILROAD COMPANY, d/b/a CN/IC, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS

($75,000.00) adequate to fairly and reasonably compensate him for his damages sustained herein, plus costs of this suit, plus pre-judgment interest.

**PLAINTIFF DEMANDS TRIAL BY JURY**

Respectfully submitted by,

KUJAWSKI & NOWAK, P.C.

By _____
JOHN P. KUJAWSKI, IBN 3128922
1331 Park Plaza Drive, Suite 2
O'Fallon, Illinois 62269-1764
(618) 622-3600
Facsimile (618) 622-3700
**ATTORNEYS FOR THE PLAINTIFF.**