IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT E. HARRELL,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| | ) Civil No. **06-275-WDS** |
| **ILLINOIS CENTRAL GULF** | ) |
| **RAILROAD COMPANY,** | ) |
| | ) |
| Defendant. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendants' Motion for Physical Exam.  **(Doc. 28)**.

Plaintiff alleges that he has suffered "injuries to the muscles, tendons, ligaments, nerves, soft tissues and bones, joints, appendages, shoulders of the body" and that "that he has sustained an aggravation of a pre-existing condition."  **Doc. 1, ¶9**.  Plaintiff's physical condition is thus in issue.

Defendant has scheduled an examination by Peter J. Anderson, M.D.  Dr. Anderson's curriculum vitae is attached to defendant's Motion.  Dr. Anderson appears to be a well-qualified orthopedic surgeon.  Based on the allegations of the complaint, the Court finds that an orthopedic surgeon is suitable to examine the injuries in issue.

Upon consideration and for good cause shown, defendants' Motion for Physical Exam. **(Doc. 28)** is **GRANTED**.  Plaintiff is ordered to appear for physical examination by Peter J. Anderson, M.D., at the time and place set forth in the motion, or at some other mutually agreeable time and place.

Defendant is ordered to reimburse plaintiff for his reasonable expenses incurred in attending the examination, and to supply plaintiff's counsel with a copy of Dr. Anderson's report promptly upon receipt of same.

**IT IS SO ORDERED.**

**DATED:  December 19, 2006.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD
UNITED STATES MAGISTRATE JUDGE**